|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 9 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

WE THE PATRIOTS USA, INC. and JANE DOE, on her own behalf and on behalf of Child 1,

        Plaintiffs - Appellants,

 v.

VENTURA UNIFIED SCHOOL DISTRICT; et al.,

        Defendants - Appellees.

No. 25-5239

D.C. No. 2:25-cv-04659-AB-JC
Central District of California, Los Angeles

ORDER

Before: R. NELSON, SUNG, and H.A. THOMAS, Circuit Judges.

The motion (Docket Entry No. 15) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court). The request for judicial notice (Docket Entry No. 25) is denied as moot.

The existing briefing schedule remains in effect.