UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| WE THE PATRIOTS USA, INC. and JANE DOE, on her own behalf and on behalf of Child 1,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>VENTURA UNIFIED SCHOOL DISTRICT; et al.,<br><br>      Defendants - Appellees. | No. 25-5239<br><br>D.C. No.<br>2:25-cv-04659-AB-JC<br><br>Central District of California, Los Angeles<br><br>MANDATE |

The judgment of this Court, entered April 30, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT